# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00410-CV

### In re Alex E. Jones and Free Speech Systems, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relators' motion for temporary relief is also denied.

_____

Gisela Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: July 14, 2022